STATE OF NEW JERSEY v. JESSIE WHITE.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. LEANDER WAYNE JOHNSON.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLIE HIRSCH.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RONNIE MATTHEWS.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN WALKER.

May 28, 1987.

Petition for certification denied.